## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **Jeanne Lee Wallner** | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) |
| | ) 3:11-cv-359-S |
| **J.J.B. Hilliard, W.L. Lyons, LLC, d/b/a** | ) |
| **Hilliard Lyons** | ) |
| | ) |
| DEFENDANT | ) |

*Electronically Filed*

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Plaintiff, Jeanne Lee Wallner, hereby appeals to the United States Court of Appeals for the Sixth Court from the November 4, 2013 Final Judgment/Order and the corresponding Memorandum and Order signed by Charles R. Simpson, III, Senior Judge of the United States District Court for the Western District of Kentucky and then entered by the Clerk of the United States District Court for the Western District of Kentucky on November 5, 2013 in Civil Action No. 3:11-CV-00359-CRS, granting Defendant J.J.B Hilliard, W.L. Lyons, LLC d/b/a Hilliard Lyons Motion for Summary Judgment.

The Appellant is Jeanne Lee Wallner who is represented by Rheanne Dodson Falkner and Charles W. Miller, Miller & Falkner, Waterfront Plaza, Suite 2104, 325 West Main Street, Louisville, Kentucky 40202.

1

The name of the Appellee against whom this appeal is taken is J.J.B. Hilliard , W.L. Lyons, LLC d/b/a Hilliard Lyons who is represented by Jeffrey A. Calabrese, Stoll Keenon Ogden PLLC, 2000 PNC Plaza, 500 West Jefferson Street, Louisville, Kentucky 40202

Pursuant to FRAP 3(e), a filing fee of $455.00 has been paid to the Clerk of the United States District Court for the Western District of Kentucky simultaneously with the filing of this Notice of Appeal.

Respectfully submitted,

/s/ Rheanne Dodson Falkner
_____
Rheanne Dodson Falkner
Charles W. Miller
**MILLER & FALKNER**
Waterfront Plaza, Suite 2104
325 West Main Street
Louisville, KY 40202
(502) 583-2300

**COUNSEL FOR PLAINTIFF/APPELLANT, JEANNE WALLNER**

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was filed electronically on this 25th day of November 2013 to the following:

Jeffrey A. Calabrese
Stoll Keenon Ogden PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville, Kentucky 40202

/s/ Rheanne Dodson Falkner
_____
Rheanne Dodson Falkner